## Ted GERARDI

v.

## ADOLPH COORS COMPANY a/k/a Adolph Coors Brewery.

### No. C–7135.

Supreme Court of Texas.

April 27, 1988.

Joint motion of the parties, filed in this cause on April 19, 1988 having been duly considered, it is hereby ordered that the motion be granted.

The order of this court dated April 13, 1988 granting the applications for writ of error is withdrawn and the application for writ of error and cross-application for writ of error are dismissed pursuant to Rule 59, Tex.R.App.P.